IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RSI, INC., D/B/A RESIDENT INN AND SUITES, A NEBRASKA CORPORATION, | CASE NO.: 8:22-cv-76 |
| Plaintiff, | |
| vs. | **JOINT STIPULATED MOTION TO DISMISS** |
| OHIO CASUALTY INSURANCE COMPANY D/B/A LIBERTY MUTUAL INSURANCE, A NEW HAMPSHIRE CORPORATION, | |
| Defendant. | |

**COME NOW**, Plaintiff, RSI, Inc., d/b/a Resident Inn and Suites, a Nebraska Corporation, and Defendant, Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance, a New Hampshire Corporation, by and through their attorneys of record, and hereby stipulate to the Dismissal of the above-captioned action, with prejudice, each party to pay their own costs, complete record waived.

RSI, INC., D/B/A RESIDENT INN AND SUITES, A NEBRASKA CORPORATION, Plaintiff,

By:/s/Andrew M. Hollingseed
    Andrew M. Hollingsead, #24876
    Michael J. Matukewicz, #20438
    LIAKOS & MATUKEWICZ LLC
    8701 West Dodge Road, Suite 408
    Omaha, NE  68114
    (402) 393-1400  Fax (402) 393-1402
    ahollingsead@liakoslaw.com
    mmatukewicz@liakoslaw.com

OHIO CASUALTY INSURANCE COMPANY D/B/A LIBERTY MUTUAL INSURANCE, A NEW HAMPSHIRE CORPORATION, Defendant,

By:/s/Michael L. Moran
    Michael L. Moran, #24042
    Engles, Ketcham, Olson & Keith, P.C.
    1700 Farnam Street
    1350 Woodmen Tower
    Omaha, Nebraska 68102
    (402) 348-0900 Fax (402) 348-0904
    mmoran@ekoklaw.com